**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ricardo Robinson, | No. CV 1-05-1397-MHM |
| Plaintiff, | **ORDER** |
| vs. | |
| B.L. Contreras, et al., | |
| Defendants. | |

Defendants have filed a Motion to Dismiss Plaintiff's Amended Complaint under Federal Rule of Civil Procedure 12(b) on the ground that Plaintiff failed to exhaust the available administrative grievance process before filing his complaint. (Doc. # 27) Plaintiff has not filed a Response; however, on May 26, 2009, he filed a Motion [for] Leave to File a [Second] Amended Complaint. (Doc. # 28)

**NOTICE--WARNING TO PLAINTIFF**

*THIS NOTICE IS REQUIRED TO BE GIVEN TO YOU BY THE COURT[1]*

Defendants' Motion to Dismiss seeks to have your case dismissed for failure to exhaust prison administrative remedies as required by 42 U.S.C. § 1997e(a). A motion to dismiss under Rule 12(b) of the Federal Rules of Civil Procedure will, if granted, end your

---

[1] Wyatt v. Terhune, 315 F.3d 1108, 1120 n.14 (9th Cir. 2003).

1 case. When deciding a motion to dismiss for failure to exhaust, the Court may consider
2 evidence beyond your complaint, including sworn declarations and other admissible
3 documentary evidence. Moreover, if Defendants produce admissible evidence demonstrating
4 that you failed to exhaust available administrative remedies, your complaint will be
5 dismissed without prejudice unless your response to Defendants' Motion includes admissible
6 evidence sufficient to show that you exhausted all available administrative remedies or that
7 no administrative remedies were available to you. Types of admissible evidence may include
8 copies of your grievances, grievance responses and sworn declarations.

9     You must timely respond to all motions. The Court may, in its discretion, treat your
10 failure to respond to Defendants' Motion to Dismiss as a consent to the granting of that
11 Motion without further notice, and judgment may be entered dismissing this action without
12 prejudice. See Brydges v. Lewis, 18 F.3d 651 (9th Cir. 1994) (*per curiam*).

13     **IT IS ORDERED** that Plaintiff must file a response to Defendants' Motion to
14 Dismiss, together with copies of grievances, sworn declarations or other admissible evidence,
15 within 21 days of the date of this Order. Failure to do so will result in the Court granting the
16 Defendant's Motion to Dismiss.

17     **IT IS FURTHER ORDERED** that Defendants may file a reply within 15 days after
18 service of Plaintiff's response.

19     **IT IS FURTHER ORDERED** that the Motion to Dismiss will be deemed ready for
20 decision without oral argument on the day following the date set for filing a reply unless
21 otherwise ordered by the Court.

22     **IT IS FURTHER ORDERED** denying without prejudice Plaintiff's Motion [for]
23 Leave to File a [Second] Amended Complaint. (Doc. # 28) Plaintiff may re-file said motion,
24 if appropriate, after the Court has ruled on Defendants' Motion to Dismiss.

25     DATED this 4th day of June, 2009.

26
27
28     _____
    Mary H. Murguia
    United States District Judge