IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICARDO ROBINSON,** <br><br> Plaintiff, <br><br> v. <br><br> **B.L. CONTRERAS, et al.,** <br><br> Defendants. | Case No. 1:05-cv-01397 MHM <br><br> **ORDER** |

On August 19, 2009, Defendants filed a motion to vacate the discovery deadline, currently set for August 31, 2009, and dispositive motion deadline, currently set for September 30, 2009, and set new deadlines, if necessary, after the Court issues an order on the pending motion to dismiss.  For good cause shown,

**IT IS ORDERED** granting Defendants' Motion to Modify the Scheduling Order.  (Doc. # 35)  The Court vacates the discovery and dispositive motion deadlines.  New deadlines will be set, if necessary, after the Court rules on Defendants' pending motion to dismiss.

Dated this 18th day of August, 2009.

_____
Mary H. Murguia
United States District Judge

1

[Proposed] Order (1:05-cv-01397 MHM)